IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br>  v.<br><br>DOUGLAS BUILT CONSTRUCTION, INC., a California corporation; and JOEL DOUGLAS, an individual,<br><br>    Defendants.<br>_____/ | No. C  14-01694 RS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART REQUEST TO APPROVE SUBSTITUTION OF COUNSEL, GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING, AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The request of defendant Joel Douglas for approval to appear pro se is granted.  The request of defendant Douglas Built Construction, Inc. for approval to substitute as its representative in this action an individual who apparently is not an attorney is denied. An entity may not appear *pro se*.

1

**No. C  14-01694 RS**
ORDER

1  This order is without prejudice to any properly-noticed motion by counsel to withdraw, should grounds for such a motion exist. Douglas's motion for permission for electronic filing on behalf of himself as an individual is granted.

The Case Management Conference in the instant case scheduled on July 31, 2014 shall be continued to August 28, 2014 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically at 11:00 a.m. and must contact Court Conference at 866/582- 6878 at least one week prior to the Conference.

IT IS SO ORDERED.

Dated: July 29, 2014

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE