United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOUGLAS BUILT CONSTRUCTION, INC., *et al.*,<br><br>    Defendant.<br>_____/<br><br>BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOUGLAS BUILT CONSTRUCTION, INC., *et al.*,<br><br>    Defendant.<br>_____/ | No. C-14-1692 EMC<br><br>**RELATED TO**<br><br>No. C-14-1694 EMC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**<br><br>**(Docket No. 31, C-14-1692)**<br>**(Docket No. 22, C-14-1694)** |

Jeffery Owensby and Corey J. Cabral of Rediger, McHugh & Owensby, LLP seek to withdraw as counsel for Defendants in the above-captioned litigation pursuant to Local R. 11-5(a) and Cal. R. Prof. Conduct 3-700. This Court finds that Jeffery Owensby and Corey J. Cabral have submitted satisfactory reasoning for withdrawal, and that the granting of this Motion will not cause substantial prejudice or delay to any party.

Based on the foregoing, and for the reasons stated on the record, IT IS HEREBY ORDERED that Jeffery Owensby and Corey J. Cabral's Motion to Withdraw as Counsel is **GRANTED**, and Jeffery Owensby and Corey J. Cabral of Rediger, McHugh & Owensby, LLP are terminated as counsel in this proceeding.  Douglas Built Construction, Inc. must obtain counsel who shall make an appearance within ninety (90) days or risk default.

This order disposes of Docket No. 31 in C-14-1692 and Docket No. 22 in C-14-1694.

IT IS SO ORDERED.

Dated:  October 20, 2014

_____
EDWARD M. CHEN
United States District Judge