United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOUGLAS BUILT CONSTRUCTION, INC., *et al.*,<br><br>    Defendant.<br>_____/<br>BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOUGLAS BUILT CONSTRUCTION, INC., *et al.*,<br><br>    Defendant.<br>_____/ | No. C-14-1692 EMC<br><br>**RELATED TO**<br><br>No. C-14-1694 EMC<br><br><br><br>**ORDER TO SHOW CAUSE** |

    On October 16, 2014, the Court heard a motion to withdraw as counsel in the above-captioned cases. At the hearing, the Court informed the principal of Defendant Douglas Built Construction, Inc. that under the local rules of the Court, a corporation or other entity may not appear as a pro se litigant. Civ. L.R. 3-9(b). Accordingly, on October 20, 2014, when the Court granted the motion to withdraw as counsel, the Court ordered that Defendant Douglas Built

Construction, Inc. "must obtain counsel who shall make an appearance within ninety (90) days or risk default." Docket No. 41. To date, no attorney for Douglas Built Construction, Inc. has entered an appeared before the Court.

Douglas Built Construction, Inc. is hereby ordered to show cause why default should not be entered against it. Douglas Built Construction, Inc. shall respond to this order in writing within fourteen (14) days of the date of this order. Douglas Built Construction, Inc. is advised that if it fails to respond to the Court's order, the Court will enter a default judgment against it.

IT IS SO ORDERED.

Dated: February 4, 2015

_____
EDWARD M. CHEN
United States District Judge

2