```
 1  Ronald L. Richman, SBN 139189
    Susan J. Olson, SBN 152467
 2  Edward D. Winchester, SBN 271500
    Bullivant Houser Bailey PC
 3  235 Pine Street, Suite 1500
    San Francisco, California  94104-2752
 4  Telephone: 415.352.2700
    Facsimile: 415.352.2701
 5  E-Mail: ron.richman@bullivant.com
            susan.olson@bullivant.com
 6          edward.winchester@bullivant.com

 7  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUGLAS BUILT CONSTRUCTION, INC., a California corporation; and JOEL DOUGLAS, an individual, <br><br> Defendants. | Case No.:  3:14-cv-01692-EMC and related <br> Case No.:  3:14 cv 01694-EMC <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** <br><br> Date:       April 2, 2015 <br> Time:      10:30 a.m. <br> Ctroom:   5, 17th Floor <br>             Hon. Edward M. Chen |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN | |

CALIFORNIA,

    Plaintiffs,

 vs.

DOUGLAS BUILT CONSTRUCTION, INC., a California corporation; and JOEL DOUGLAS, an individual,

    Defendants.

  Plaintiffs Laborers Trust Funds and Plaintiffs Cement Masons Trust Funds, in the related cases, and Defendant Joel Douglas[1] hereby notify that the parties have reached a full and final settlement of the related actions.

  The parties have signed the respective settlement agreements. The parties will file a Request for Dismissal within fourteen (14) days. Based on the above, the parties respectfully request that this Court vacate the April 2, 2015 Case Management Conference.

DATED: March 26, 2015

                BULLIVANT HOUSER BAILEY PC

                By */s/ Ronald L. Richman*
                   Ronald L. Richman

                Attorneys for Plaintiffs

DATED: March 26, 2015

                By: */s/ Joel Douglas*
                   Joel Douglas

---

[1] Defendant Douglas Built Construction, Inc. is not represented by counsel.

**ORDER**

Pursuant to the parties' request to vacate the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the April 2, 2015 case management conference is ~~vacated~~. reset for 5/7/15 at 10:30 a.m.  An updated joint CMC statement due 4/30/15. The parties shall file with this Court, on or before April 9, 2015, their Request for Dismissal in the related cases.

DATED: March __30__, 2015

IT IS SO ORDERED AS MODIFIED

_____  CHEN
                           DISTRICT JUDGE

Judge Edward M. Chen

15477516.1

---

– 3 –
JOINT CASE MANAGEMENT CONFERENCE STATEMENT