Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
Bullivant Houser Bailey PC
235 Pine Street, Suite 1500
San Francisco, California 94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
susan.olson@bullivant.com
edward.winchester@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUGLAS BUILT CONSTRUCTION, INC., a California corporation; and JOEL DOUGLAS, an individual, <br><br> Defendants. | Case No.: 3:14-cv-01694-EMC <br><br> **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON

IT IS HEREBY STIPULATED by and between plaintiffs, on the one hand, and defendant Joel Douglas, on the other hand, that pursuant to the Settlement Agreement and Release entered into between the parties, that this Court dismiss this action, without prejudice, as against Defendant Joel Douglas.

DATED: April 7, 2015

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

DATED: April 7, 2015

By: _____
Joel Douglas

---

— 1 —

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON

## ORDER

Pursuant to the parties' stipulation to dismiss this action, without prejudice, against Defendant Joel Douglas and good cause appearing:

IT IS HEREBY ORDERED that this action is hereby dismissed, without prejudice, as to defendant Joel Douglas.

DATED: April ___, 2015

GRANTED
By Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15493955.1