Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
Bullivant Houser Bailey PC
235 Pine Street, Suite 1500
San Francisco, California  94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
      susan.olson@bullivant.com
      edward.winchester@bullivant.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: 3:14-cv-01694-EMC<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |
| Plaintiffs, | |
| vs. | |
| DOUGLAS BUILT CONSTRUCTION, INC., a California corporation; and JOEL DOUGLAS, an individual, | |
| Defendants. | |

REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON

1    Plaintiffs hereby request that this court, pursuant to the Settlement Agreement and

2 Release entered into between the parties, dismiss this action, without prejudice, as against

3 Defendant Douglas Built Construction, Inc. Douglas Built Construction, Inc. is not represented

4 by counsel.

5 DATED:  April 7, 2015

6                                            BULLIVANT HOUSER BAILEY PC

7

8                                 By   _____

9                                         Ronald L. Richman

10                                      Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON

### ORDER

Pursuant to plaintiffs' request to dismiss this action, without prejudice, against Defendant Douglas Built Construction, Inc. and good cause appearing:

IT IS HEREBY ORDERED that this action is hereby dismissed, without prejudice, as to defendant Douglas Built Construction, Inc.

DATED: April ___, 2015
                      8

IT IS SO ORDERED

Judge Edward M. Chen

_____
_____ M. CHEN
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15493959.1

REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON